November 29, 1909.

No. 4895.

(Court of Appeal, Parish of Orleans.)

**N. A. MORANO vs. MRS. M. A. HARDY.**

Dinkelspiel, Hart & Davey for plaintiff and appellee.

T. M. & J. D. Miller and C. F. Fletchinger for defendant and appellant.

— 11 —

DUFOUR, J.—Considering the motion on file herein suggesting to the Court that the matters in controversy in this cause have been amicably adjusted.

It is ordered that the appeal herein be, and the same is dismissed at appellant's cost.